UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HELEN SWARTZ, Individually, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> AQUIDNECK ISLAND HOSPITALITY, LLC, : <br> a Rhode Island Limited Liability Company, : <br> : <br> : <br> Defendant. : | Case No. 1:19-cv-469-WES-PAS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

FOR THE PLAINTIFF:

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com

Roger N. Le Boeuf, Esq., Reg. # 5208
HEALD & LeBOEUF, LTD.
One Turks Head Place
76 Westminster Street, Suite 600
Providence, RI 02903
(401) 421-1500
(401) 331-5886 Facsimile
rnl@healdandleboeuf.com

Dated: March 17, 2020

FOR THE DEFENDANT:

/s/ Kenneth B. Walton
Kenneth B. Walton, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One International Place, Third Floor
Boston, MA 02210
Telephone: (857)313-3936
Facsimile: (857)313-3951
Ken.Walton@lewisbrisbois.com

Monica R. Nelson, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One Citizens Plaza, Suite 1120
Providence, RI 02903
Telephone: (401)406-3311
Monia.Nelson@lewisbrisbois.com

Dated: March 17, 2020